UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD LAMAZARES, individually &
on behalf of all similarly situated employees

    Plaintiff,

v.                                          Case No: 8:14-cv-3162-T-36MAP

AZ SOUTHEAST DISTRIBUTORS LLC,

    Defendant.
_____/

## O R D E R

Before the Court is the Joint Stipulation for Dismissal without Prejudice (Doc. 20). In accord with the Joint Stipulation for Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal without Prejudice is **APPROVED** (Doc. 20).

    2)    This cause is dismissed, without prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 30, 2015.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record